67 A.3d 758

COMMONWEALTH of Pennsylvania, Appellee

v.

Steward STECKLEY, Jr., Appellant.

Supreme Court of Pennsylvania.

Submitted Sept. 19, 2012.

Decided May 28, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of May, 2013, the appeal is dismissed as having been improvidently granted.